UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA-YVETTE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Case No.: 25-CV-2947 TWR (BLM)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO RESCIND AND VOID SETTLEMENT RELEASE**<br><br>(ECF No. 44) |

Presently before the Court is Plaintiff Cynthia-Yvette Brown's Motion to Rescind and Void Settlement Release ("Mot.," ECF No. 44), which the Court liberally construes as a motion for summary adjudication of one of Defendant Dollar Tree Store, Inc.'s anticipated defenses, namely, that Plaintiff's present lawsuit is barred by her prior settlement release. "Although [Federal Rule of Civil Procedure 56] allows a motion for summary judgment to be filed at the commencement of an action, in many cases the motion will be premature until the nonmovant has had time to file a responsive pleading or other pretrial proceedings have been had." *Anthony v. Cnty. of San Diego*, No. 25-CV-0310-BAS-MMP, 2025 WL 1134611, at *1 (S.D. Cal. Apr. 16, 2025) (quoting Fed. R. Civ. P. 56(b) advisory committee's note to 2010 amendment). "Courts have denied pre-answer and pre-discovery motions for summary judgment as premature despite technical compliance with the timing provisions of Rule 56." *Id.* (first citing *Williams v. Yuan Chen*,

1

No. S-10-1292-CKD-P, 2011 WL 4354533, at * 3 (E.D. Cal. Sept. 16, 2011); then citing *Bradford v. Ogbuehi*, No. 1:17-CV-01128-SAB (PC), 2020 WL 9886194, at *1 (E.D. Cal. Feb. 20, 2020)).

While Plaintiff's Motion "is technically compliant with the timing requirements of Federal Rule of Civil Procedure 56, the Court finds it is premature because Defendant[] ha[s] not yet filed an Answer to the Complaint" or engaged in any discovery. *See id.* The Court therefore **DENIES WITHOUT PREJUDICE** Plaintiff's Motion (ECF No. 44).

**IT IS SO ORDERED.**

Dated:  April 3, 2026

_____
Honorable Todd W. Robinson
United States District Judge

25-CV-2947 TWR (BLM)